IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREA B.,

                Plaintiff,

     vs.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

               Defendant.
_____

Case No. 6:22-cv-01286-SB

**ORDER**

Having considered Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $28,385.75, less $12,139.00 in fees previously awarded under the Equal Access to

PAGE 1 - ORDER

Justice ("EAJA"), 28 U.S.C. §2412, which counsel may retain in partial satisfaction of the §406(b) award. This leaves a net amount of $16,246.75 due to counsel.

The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b). After paying Luke Moen-Johnson the net §406(b) award, the Commissioner shall release to Plaintiff any unused balance of past-due benefits that the Commissioner withheld for attorney fees.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2025.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 2 - ORDER